**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

_____

|  |  |  |
|---|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. l:17-cv-00131-WSD |
| v. | ) ) | |
| TERRI LEE BROWN, as natural guardian & next friend of G.L.L, a Minor, DOUGLAS JUMPER, SR. an Individual and Co-trustee of the Martha Y. Jumper Revocable Trust, ARTHUR DOUGLAS JUMPER, JR., an Individual and Co-trustee of the Martha Y. Jumper Revocable Trust, DOUGLAS JUMPER III, an Individual, LINDA MCCREARY, an Individual, MICHAEL MCCREARY, an Individual, DISTINCTIVE HOMES, INC., a Mississippi Corporation, J&J REALTY LLC, a Mississippi Limited Liability Company, DON CARRIER, an Individual, MICHAEL KENNEDY, an Individual, and C.O. CONNELLY & ASSOCIATES, LLC, a Georgia Limited Liability Company. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO QUASH THIRD-PARTY SUBPOENA**

Plaintiffs Hartford Life and Annuity Insurance Company ("Hartford") and The Prudential Insurance Company of America ("Prudential") (together, "Plaintiffs") respectfully move this Court for an Order pursuant to Fed. R. Civ. P. 45(d)(3) to quash the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, dated April 26, 2018, served upon Non-Party DXC Technology Services, Inc. by Defendant Terri Lee Brown, as next friend and natural guardian of G.L.L., a minor.

Prior to filing this motion, Plaintiffs conferred with Brown in a good faith attempt to resolve the matter without court intervention. The grounds for relief are set forth in the attached Memorandum of Law.

Respectfully submitted,

BUTLER SNOW LLP

*/s/ James A. Beakes III*
James A. Beakes III, GA Bar #043805
The Pinnacle at Symphony Place
150 3rd Avenue South
Suite 1600
Nashville, Tennessee 37201
Tel: 615-651-6700
Fax: 615-651-6701
Jim.beakes@butlersnow.com
*Counsel for Plaintiffs Hartford Life and Annuity Insurance Company and The Prudential Insurance Company of America*

2

## CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this Motion to Quash Third-Party Subpoena has been prepared with Times New Roman 14 point font, as provided under Local Rule 5.1(C).

This 11th day of May, 2018.


By:     */s/ James A. Beakes III*
         James A. Beakes III

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I electronically filed this Motion to Quash Third-Party Subpoena using the CM/ECF system which will automatically send email notification of such filing to any attorneys of record in this action.

By:   */s/ James A. Beakes III*
      James A. Beakes III